03/23/2015 20:55 8303790533     OLD & STEEL     PAGE 02/05

ACCEPTED
04-15-00204-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/7/2015 3:18:15 PM
KEITH HOTTLE
CLERK

## 04-15-00204-CR

13-0979-CR-A

FILED

MAR 16 2015

Clerk, Dist. Court Guadalupe Co. Tx.

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/7/2015 3:18:15 PM
KEITH E. HOTTLE
Clerk
ENTERED

| THE STATE OF TEXAS | § | IN THE 274ᵗʰ DISTRICT COURT |
| | § | |
| vs. | § | OF |
| | § | |
| ROBERT RODRIGUEZ | § | GUADALUPE COUNTY, TEXAS |

### NOTICE OF APPEAL

I hereby give notice of appeal pursuant to TEXAS RULE OF APPELLATE PROCEDURE 25.2 AND TEXAS CODE OF CRIMINAL PROCEDURE art. 44.02.

I pleaded NOT GUILTY to the above styled and numbered cause of Aggravated Robbery as charged in COUNT 2 of my Indictment. COUNT 1 was abandoned. On February 25, 2015 Jurors found me:

- **NOT GUILTY** of Aggravated Robbery as charged in COUNT 2 of my Indictment.
- **GUILTY** of the lesser requested offense of Aggravated Assault – Serious Bodily Injury

The Jury sentenced me to twelve (12) years TDCJ-ID and a $10,000.00 fine. The Judge sentenced me to the Jury's punishment on February 26, 2015.

I request that the Court appoint appellate defense counsel for me due to my indigent status. I request a new attorney other than Richard Tim Molina.

Robert Rodriguez

1